# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

No. 08-402V
Filed: May 9, 2013
Not for Publication

************************************

RICKEY HARRIS and JAMILA HARRIS,   *
as parents and natural guardians of     *
M.M.H., a minor,      *
     *
     Petitioners,     *
     *      Damages Decision Based on Proffer
v.      *
     *
SECRETARY OF HEALTH     *
AND HUMAN SERVICES,     *
     *
     Respondent.   *
     *

************************************

Anne C. Toale, Sarasota, FL, for petitioners.
Voris E. Johnson, Washington, DC, for respondent.


**MILLMAN, Special Master**


## DECISION AWARDING DAMAGES[1]

On May 9, 2013, respondent filed a Proffer on Award of Compensation. Based on the record as a whole, the special master finds that petitioners are entitled to the award as stated in the Proffer. Pursuant to the terms stated in the attached Proffer, the court awards petitioners:

---

[1] Because this decision contains a reasoned explanation for the special master's action in this case, the special master intends to post this decision on the United States Court of Federal Claims's website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002). Vaccine Rule 18(b) states that all decisions of the special masters will be made available to the public unless they contain trade secrets or commercial or financial information that is privileged and confidential, or medical or similar information whose disclosure would constitute a clearly unwarranted invasion of privacy. When such a decision is filed, petitioner has 14 days to identify and move to delete such information prior to the document's disclosure. If the special master, upon review, agrees that the identified material fits within the banned categories listed above, the special master shall delete such material from public access.

a. a lump sum payment of **$627,283.18**, representing compensation for partial lost future earnings ($451,138.33), pain and suffering ($157,702.55), and life care expenses for Year One ($18,442.30), in the form of a check payable to petitioners as guardians or conservators of M.M.H., for the benefit of M.M.H.;

b. a lump sum payment of **$9,499.63**, representing compensation for past unreimbursable expenses, payable to Rickey Harris and Jamila Harris, petitioners; and

c. an amount sufficient to purchase an annuity contract subject to the conditions described in section II. C. of the attached Proffer.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.[2]

**IT IS SO ORDERED.**

Dated: May 9, 2013          /s/ Laura D. Millman by /s/ Nora Beth Dorsey
         Laura D. Millman
         Special Master

---

[2] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party, either separately or jointly, filing a notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

---

RICKEY HARRIS and JAMILA HARRIS, )
as parents and natural guardians of )
M.M.H., a minor, )
           )
          Petitioners, )
          )
     v. )      No. 08-402V
          )      Special Master
SECRETARY OF THE DEPARTMENT OF )      Laura D. Millman
HEALTH AND HUMAN SERVICES, )      **(ECF)**
          )
          Respondent. )

---

### RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

**I.**    **Items of Compensation**

    A.    Life Care Items

The respondent engaged life care planner, Shelly Kinney, RN, MSN, CCM, CNCLP, to provide an estimation of M.M.H.'s future vaccine injury-related needs. For the purposes of this proffer, the term "vaccine injury" is as described in the special master's Ruling on Entitlement issued on July 20, 2010. All items of compensation identified in the life care plan are supported by the evidence, and are illustrated by the chart entitled Appendix A: Items of Compensation for M.M.H., attached hereto as Tab A.[1] Respondent proffers that M.M.H. should be awarded all items of compensation set forth in the joint life care plan and illustrated by the chart attached at Tab A. Petitioners agree.

---

[1] The chart at Tab A illustrates the annual benefits provided by the life care plan. The annual benefit years run from the date of judgment up to the first anniversary of the date of judgment, and every year thereafter up to the anniversary of the date of judgment.

B.   Partial Lost Future Earnings

The parties agree that based upon the evidence of record, M.M.H. has suffered a partial loss of future earning capacity.  Therefore, respondent proffers that M.M.H. should be awarded partial lost future earnings as provided under the Vaccine Act, 42 U.S.C. § 300aa-15(a)(3)(B).  Respondent proffers that the appropriate award for M.M.H.'s partial lost future earnings is $451,138.33.  Petitioners agree.

C.   Pain and Suffering

Respondent proffers that M.M.H. should be awarded $157,702.55 in actual and projected pain and suffering.  This amount reflects that the award for projected pain and suffering has been reduced to net present value.  See 42 U.S.C. § 300aa-15(a)(4).  Petitioners agree.

D.   Past Unreimbursable Expenses

Evidence supplied by petitioners documents their expenditure of past unreimbursable expenses related to M.M.H.'s vaccine injury.  Respondent proffers that petitioners should be awarded past unreimbursable expenses in the amount of $9,499.63.  Petitioners agree.

E.   Medicaid Lien

Petitioners represent that there are no outstanding Medicaid liens against M.M.H..

## II.   **Form of the Award**

The parties recommend that the compensation provided to M.M.H. should be made through a combination of lump sum payments and future annuity payments as described below, and request that the special master's decision and the Court's judgment award the following:

A.  A lump sum payment of $627,283.18, representing compensation for partial lost future earnings ($451,138.33), pain and suffering ($157,702.55), and life care expenses for Year

One ($18,442.30), in the form of a check payable to petitioners as guardians or conservators of M.M.H., for the benefit of M.M.H..  No payments shall be made until petitioners provide respondent with documentation establishing that they have been appointed as the guardians or conservators of M.M.H.'s estate.  If petitioners are not authorized by a court of competent jurisdiction to serve as guardians or conservators of the estate of M.M.H., any such payment shall be made to the party or parties appointed by a court of competent jurisdiction to serve as guardian(s) or conservator(s) of the estate of M.M.H. upon submission of written documentation of such appointment to the Secretary.;

B.  A lump sum payment of $9,499.63, representing compensation for past unreimbursable expenses, payable to Rickey Harris and Jamila Harris, petitioners;

C.  An amount sufficient to purchase the annuity contract,[2] subject to the conditions described below, that will provide payments for the life care items contained in the life care plan, as illustrated by the chart at Tab A attached hereto, paid to the life insurance company[3] from

---

[2] In respondent's discretion, respondent may purchase one or more annuity contracts from one or more life insurance companies.

[3] The Life Insurance Company must have a minimum of $250,000,000 capital and surplus, exclusive of any mandatory security valuation reserve.  The Life Insurance Company must have one of the following ratings from two of the following rating organizations:

      a.  A.M. Best Company:  A++, A+, A+g, A+p, A+r, or A+s;

      b.  Moody's Investor Service Claims Paying Rating:  Aa3, Aa2, Aa1, or Aaa;

      c.  Standard and Poor's Corporation Insurer Claims-Paying Ability Rating:  AA-, AA, AA+, or AAA;

      d.  Fitch Credit Rating Company, Insurance Company Claims Paying Ability Rating:  AA-, AA, AA+, or AAA.

which the annuity will be purchased.[4] Compensation for Year Two (beginning on the first anniversary of the date of judgment) and all subsequent years shall be provided through respondent's purchase of an annuity, which annuity shall make payments directly to petitioners as guardians or conservators of the estate of M.M.H., for the benefit of M.M.H., only so long as M.M.H. is alive at the time a particular payment is due. At the Secretary's sole discretion, the periodic payments may be provided to petitioners in monthly, quarterly, annual or other installments. The "annual amounts" set forth in the chart at Tab A describe only the total yearly sum to be paid to petitioners and do not require that the payment be made in one annual installment.

### 1. Growth Rate

Respondent proffers that a four percent (4%) growth rate should be applied to all non-medical life care items, and a five percent (5%) growth rate should be applied to all medical life care items. Thus, the benefits illustrated in the chart at Tab A that are to be paid through annuity payments should grow as follows: four percent (4%) compounded annually from the date of judgment for non-medical items, and five percent (5%) compounded annually from the date of judgment for medical items. Petitioners agree.

### 2. Life-contingent annuity

Petitioners will continue to receive the annuity payments from the Life Insurance Company only so long as M.M.H. is alive at the time that a particular payment is due. Written

---

[4] Petitioners authorize the disclosure of certain documents filed by the petitioners in this case consistent with the Privacy Act and the routine uses described in the National Vaccine Injury Compensation Program System of Records, No. 09-15-0056.

notice shall be provided to the Secretary of Health and Human Services and the Life Insurance Company within twenty (20) days of M.M.H.'s death.

        3.      <u>Guardianship</u>

No payments shall be made until petitioners provide respondent with documentation establishing that they have been appointed as the guardians or conservators of M.M.H.'s estate. If petitioners are not authorized by a court of competent jurisdiction to serve as guardians or conservators of the estate of M.M.H., any such payment shall be made to the party or parties appointed by a court of competent jurisdiction to serve as guardian(s) or conservator(s) of the estate of M.M.H. upon submission of written documentation of such appointment to the Secretary.

**III.    <u>Summary of Recommended Payments Following Judgment</u>**

| | | |
|---|---|---|
| A. | Lump Sum paid to petitioners as guardians/conservators of M.M.H.'s estate: | **$ 627,283.18** |
| B. | Lump sum paid to petitioners: | **$    9,499.63** |
| C. | An amount sufficient to purchase the annuity contract described above in section II. C. | |

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RUPA BHATTACHARYYA
Director
Torts Branch, Civil Division

VINCENT J. MATANOSKI
Deputy Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Assistant Director
Torts Branch, Civil Division

s/Voris E. Johnson, Jr.
VORIS E. JOHNSON, JR
Assistant Director
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Telephone: (202) 616-4136

Dated: May 9, 2013

| ITEMS OF COMPENSATION | G.R. | * | M | Lump Sum Compensation Year 1 2013 | Compensation Years 2-3 2014-2015 | Compensation Year 4 2016 | Compensation Years 5-6 2017-2018 | Compensation Year 7 2019 | Compensation Year 8 2020 | Compensation Year 9 2021 | Compensation Year 10 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBS Deductible | 5% | | | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 |
| BCBS MOP | 5% | | | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| AHIP Premium | 5% | | M | | | | | | | | |
| AHIP Deductible | 5% | | | | | | | | | | |
| AHIP MOP | 5% | | | | | | | | | | |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | * | | | | | | | | | |
| Medigap F | 5% | | M | | | | | | | | |
| Neurology: Dr. Schub | 5% | * | | | | | | | | | |
| Mileage: Neurology | 4% | | | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 |
| Neurology: Dr. Pranzatelli | 5% | * | | | | | | | | | |
| Travel: Dr. Pranzatelli | 4% | | M | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Neurospych Eval. | 4% | * | | | | | | | | | |
| Psych Counseling | 4% | * | | | | | | | | | |
| Mileage: Counseling | 4% | | | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 |
| Care Mngt | 4% | | M | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 |
| OT | 4% | * | | | | | | | | | |
| Mileage: OT | 4% | | | 384.00 | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage: PT | 4% | | | 216.00 | | | | | | | |
| ST | 4% | * | | | | | | | | | |
| Mileage: ST | 4% | | | 288.00 | | | | | | | |
| Software | 4% | | | 139.94 | | 139.94 | | 139.94 | | | 139.94 |
| Shower Chair | 4% | | | 122.50 | | | | | 122.50 | | |
| Grab Bars | 4% | | | 347.50 | | | | | | | |
| Hand Held Shower | 4% | | | 65.00 | | | | | | | |
| Tutor | 4% | | M | 5,280.00 | 5,280.00 | 5,280.00 | 5,280.00 | 5,280.00 | 5,280.00 | 5,280.00 | 5,280.00 |
| Assisted Living | 4% | | M | | | | | | | | |
| Assistance w/ Personal Finances | 4% | | | | | | | | | | |
| Acute Care Hospitalization | 4% | * | | | | | | | | | |
| Skilled Nursing Facility | 4% | | | | | | | | | | |

| ITEMS OF COMPENSATION | G.R. | * | M | Lump Sum Compensation Year 1 | Compensation Years 2-3 | Compensation Year 4 | Compensation Years 5-6 | Compensation Year 7 | Compensation Year 8 | Compensation Year 9 | Compensation Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2013 | 2014-2015 | 2016 | 2017-2018 | 2019 | 2020 | 2021 | 2022 |
| Home Health Aide | 4% | | | | | | | | | | |
| Home Care Nurse | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| ST | 4% | * | | | | | | | | | |
| Neuropsych Testing | 4% | * | | | | | | | | | |
| Partial Lost Future Earnings | | | | 451,138.33 | | | | | | | |
| Pain and Suffering | | | | 157,702.55 | | | | | | | |
| Past Unreimbursable Expenses | | | | 9,499.63 | | | | | | | |
| Annual Totals | | | | 636,782.81 | 16,879.36 | 17,019.30 | 16,879.36 | 17,019.30 | 17,001.86 | 16,879.36 | 17,019.30 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of M. M. H., for the benefit of M. M. H. for lost future earnings ($451,138.33), pain and suffering ($157,702.55), and Yr 1 life care expenses ($18,442.30): $627,283.18.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Rickey Harris and Jamila Harris, for past un-reimbursable expenses: $9,499.63.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 11 | Compensation Year 12 | Compensation Year 13 | Compensation Year 14 | Compensation Year 15 | Compensation Year 16 | Compensation Years 17-18 | Compensation Year 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029-2030 | 2031 |
| BCBS Deductible | 5% | | | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | | |
| BCBS MOP | 5% | | | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | | |
| AHIP Premium | 5% | | M | | | | | | | 4,404.00 | 4,404.00 |
| AHIP Deductible | 5% | | | | | | | | | 2,500.00 | 2,500.00 |
| AHIP MOP | 5% | | | | | | | | | 1,500.00 | 1,500.00 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | * | | | | | | | | | |
| Medigap F | 5% | | M | | | | | | | | |
| Neurology: Dr. Schub | 5% | * | | | | | | | | | |
| Mileage: Neurology | 4% | | | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 |
| Neurology: Dr. Pranzatelli | 5% | * | | | | | | | | | |
| Travel: Dr. Pranzatelli | 4% | | M | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Neurospych Eval. | 4% | * | | | | | | | | | |
| Psych Counseling | 4% | * | | | | | | | | | |
| Mileage: Counseling | 4% | | | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 |
| Care Mngt | 4% | | M | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 |
| OT | 4% | * | | | | | | | | | |
| Mileage: OT | 4% | | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage: PT | 4% | | | | | | | | | | |
| ST | 4% | * | | | | | | | | | |
| Mileage: ST | 4% | | | | | | | | | | |
| Software | 4% | | | | | 209.94 | | | 209.94 | | 209.94 |
| Shower Chair | 4% | | | | | | | 122.50 | | | |
| Grab Bars | 4% | | | 347.50 | | | | | | | |
| Hand Held Shower | 4% | | | 65.00 | | | | | | | |
| Tutor | 4% | | M | 5,280.00 | 5,280.00 | | | | | | |
| Assisted Living | 4% | | M | | | | | | | | |
| Assistance w/ Personal Finances | 4% | | | | | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 |
| Acute Care Hospitalization | 4% | * | | | | | | | | | |
| Skilled Nursing Facility | 4% | | | | 11,220.00 | | | | | | |

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 11 2023 | Compensation Year 12 2024 | Compensation Year 13 2025 | Compensation Year 14 2026 | Compensation Year 15 2027 | Compensation Year 16 2028 | Compensation Years 17-18 2029-2030 | Compensation Year 19 2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Home Health Aide | 4% | | | | 7,168.00 | | | | | | |
| Home Care Nurse | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| ST | 4% | * | | | 3,675.00 | | | | | | |
| Neuropsych Testing | 4% | * | | | | | | | | | |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 17,291.86 | 38,942.36 | 12,577.30 | 12,367.36 | 12,489.86 | 12,577.30 | 13,421.36 | 13,631.30 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/conservators(s) of the estate of M. M. H., for the benefit of M. M. H. for lost future earnings ($451,138.33),
pain and suffering ($157,702.55), and Yr 1 life care expenses ($18,442.30): $627,283.18.
As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Rickey Harris and Jamila Harris, for past un-reimbursable expenses: $9,499.63.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 20 | Compensation Year 21 | Compensation Year 22 | Compensation Year 23 | Compensation Years 24-27 | Compensation Year 28 | Compensation Year 29 | Compensation Year 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | 2032 | 2033 | 2034 | 2035 | 2036-2039 | 2040 | 2041 | 2042 |
| BCBS Deductible | 5% |  |  |  |  |  |  |  |  |  |  |
| BCBS MOP | 5% |  |  |  |  |  |  |  |  |  |  |
| AHIP Premium | 5% |  | M | 4,404.00 | 4,404.00 | 4,416.00 | 4,416.00 | 4,440.00 | 4,464.00 | 4,524.00 | 4,620.00 |
| AHIP Deductible | 5% |  |  | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| AHIP MOP | 5% |  |  | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Medicare Part B Premium | 5% |  | M |  |  |  |  |  |  |  |  |
| Medicare Part B Deductible | 5% | * |  |  |  |  |  |  |  |  |  |
| Medigap F | 5% |  | M |  |  |  |  |  |  |  |  |
| Neurology:  Dr. Schub | 5% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  Neurology | 4% |  |  | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 |
| Neurology:  Dr. Pranzatelli | 5% | * |  |  |  |  |  |  |  |  |  |
| Travel:  Dr. Pranzatelli | 4% |  | M | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Neurospych Eval. | 4% | * |  |  |  |  |  |  |  |  |  |
| Psych Counseling | 4% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  Counseling | 4% |  |  | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 | 41.60 |
| Care Mngt | 4% |  | M | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 |
| OT | 4% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  OT | 4% |  |  |  |  |  |  |  |  |  |  |
| PT | 4% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  PT | 4% |  |  |  |  |  |  |  |  |  |  |
| ST | 4% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  ST | 4% |  |  |  |  |  |  |  |  |  |  |
| Software | 4% |  |  | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 |
| Shower Chair | 4% |  |  |  |  | 122.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 |
| Grab Bars | 4% |  |  |  | 347.50 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 |
| Hand Held Shower | 4% |  |  |  | 65.00 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 |
| Tutor | 4% |  | M |  |  |  |  |  |  |  |  |
| Assisted Living | 4% |  | M |  |  |  |  |  |  |  |  |
| Assistance w/ Personal Finances | 4% |  |  | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 |
| Acute Care Hospitalization | 4% | * |  |  |  |  |  |  |  |  |  |
| Skilled Nursing Facility | 4% |  |  |  |  |  |  |  |  |  |  |

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 20 2032 | Compensation Year 21 2033 | Compensation Year 22 2034 | Compensation Year 23 2035 | Compensation Years 24-27 2036-2039 | Compensation Year 28 2040 | Compensation Year 29 2041 | Compensation Year 30 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Home Health Aide | 4% | | | | | | | | | | |
| Home Care Nurse | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| ST | 4% | * | | | | | | | | | |
| Neuropsych Testing | 4% | * | | | | | | | | | |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 13,491.34 | 13,903.84 | 13,667.09 | 13,562.09 | 13,586.09 | 13,610.09 | 13,670.09 | 13,766.09 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/conservators(s) of the estate of M. M. H., for the benefit of M. M. H. for lost future earnings ($451,138.33), pain and suffering ($157,702.55), and Yr 1 life care expenses ($18,442.30): $627,283.18.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Rickey Harris and Jamila Harris, for past un-reimbursable expenses: $9,499.63.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 31 | Compensation Year 32 | Compensation Year 33 | Compensation Year 34 | Compensation Year 35 | Compensation Year 36 | Compensation Year 37 | Compensation Year 38 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 |
| BCBS Deductible | 5% | | | | | | | | | | |
| BCBS MOP | 5% | | | | | | | | | | |
| AHIP Premium | 5% | | M | 4,680.00 | 4,716.00 | 4,776.00 | 4,908.00 | 5,004.00 | 5,112.00 | 5,256.00 | 5,328.00 |
| AHIP Deductible | 5% | | | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| AHIP MOP | 5% | | | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | * | | | | | | | | | |
| Medigap F | 5% | | M | | | | | | | | |
| Neurology:  Dr. Schub | 5% | * | | | | | | | | | |
| Mileage:  Neurology | 4% | | | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 |
| Neurology:  Dr. Pranzatelli | 5% | * | | | | | | | | | |
| Travel:  Dr. Pranzatelli | 4% | | M | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Neurospych Eval. | 4% | * | | | | | | | | | |
| Psych Counseling | 4% | * | | | | | | | | | |
| Mileage:  Counseling | 4% | | | | | | | | | | |
| Care Mngt | 4% | | M | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 |
| OT | 4% | * | | | | | | | | | |
| Mileage:  OT | 4% | | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage:  PT | 4% | | | | | | | | | | |
| ST | 4% | * | | | | | | | | | |
| Mileage:  ST | 4% | | | | | | | | | | |
| Software | 4% | | | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 |
| Shower Chair | 4% | | | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 |
| Grab Bars | 4% | | | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 |
| Hand Held Shower | 4% | | | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 |
| Tutor | 4% | | M | | | | | | | | |
| Assisted Living | 4% | | M | | | | | | | | |
| Assistance w/ Personal Finances | 4% | | | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 |
| Acute Care Hospitalization | 4% | * | | | | | | | | | |
| Skilled Nursing Facility | 4% | | | | 11,220.00 | | | | | | |

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 31 2043 | Compensation Year 32 2044 | Compensation Year 33 2045 | Compensation Year 34 2046 | Compensation Year 35 2047 | Compensation Year 36 2048 | Compensation Year 37 2049 | Compensation Year 38 2050 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Home Health Aide | 4% | | | | 7,168.00 | | | | | | |
| Home Care Nurse | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| ST | 4% | * | | | | | | | | | |
| Neuropsych Testing | 4% | * | | | | | | | | | |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 13,784.49 | 32,208.49 | 13,880.49 | 14,012.49 | 14,108.49 | 14,216.49 | 14,360.49 | 14,432.49 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of M. M. H., for the benefit of M. M. H. for lost future earnings ($451,138.33), pain and suffering ($157,702.55), and Yr 1 life care expenses ($18,442.30): $627,283.18.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Rickey Harris and Jamila Harris, for past un-reimbursable expenses: $9,499.63.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 39 | Compensation Year 40 | Compensation Year 41 | Compensation Year 42 | Compensation Year 43 | Compensation Year 44 | Compensation Year 45 | Compensation Year 46 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 |
| BCBS Deductible | 5% | | | | | | | | | | |
| BCBS MOP | 5% | | | | | | | | | | |
| AHIP Premium | 5% | | M | 5,448.00 | 5,616.00 | 5,724.00 | 5,844.00 | 6,024.00 | 6,144.00 | 6,312.00 | 6,432.00 |
| AHIP Deductible | 5% | | | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| AHIP MOP | 5% | | | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | * | | | | | | | | | |
| Medigap F | 5% | | M | | | | | | | | |
| Neurology: Dr. Schub | 5% | * | | | | | | | | | |
| Mileage: Neurology | 4% | | | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 |
| Neurology: Dr. Pranzatelli | 5% | * | | | | | | | | | |
| Travel: Dr. Pranzatelli | 4% | | M | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Neurospych Eval. | 4% | * | | | | | | | | | |
| Psych Counseling | 4% | * | | | | | | | | | |
| Mileage: Counseling | 4% | | | | | | | | | | |
| Care Mngt | 4% | | M | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 |
| OT | 4% | * | | | | | | | | | |
| Mileage: OT | 4% | | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage: PT | 4% | | | | | | | | | | |
| ST | 4% | * | | | | | | | | | |
| Mileage: ST | 4% | | | | | | | | | | |
| Software | 4% | | | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 |
| Shower Chair | 4% | | | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 |
| Grab Bars | 4% | | | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 |
| Hand Held Shower | 4% | | | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 |
| Tutor | 4% | | M | | | | | | | | |
| Assisted Living | 4% | | M | | | | | | | | 29,484.00 |
| Assistance w/ Personal Finances | 4% | | | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 |
| Acute Care Hospitalization | 4% | * | | | | | | | | | |
| Skilled Nursing Facility | 4% | | | | | | | | | | |

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 39 2051 | Compensation Year 40 2052 | Compensation Year 41 2053 | Compensation Year 42 2054 | Compensation Year 43 2055 | Compensation Year 44 2056 | Compensation Year 45 2057 | Compensation Year 46 2058 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Home Health Aide | 4% | | | | | | | | | | |
| Home Care Nurse | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| ST | 4% | * | | | | | | | | | |
| Neuropsych Testing | 4% | * | | | | | | | | | |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 14,552.49 | 14,720.49 | 14,828.49 | 14,948.49 | 15,128.49 | 15,248.49 | 15,416.49 | 45,020.49 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of M. M. H., for the benefit of M. M. H. for lost future earnings ($451,138.33), pain and suffering ($157,702.55), and Yr 1 life care expenses ($18,442.30): $627,283.18.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Rickey Harris and Jamila Harris, for past un-reimbursable expenses: $9,499.63.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 47 | Compensation Year 48 | Compensation Year 49 | Compensation Year 50 | Compensation Year 51 | Compensation Year 52 | Compensation Year 53 | Compensation Year 54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 |
| BCBS Deductible | 5% | | | | | | | | | | |
| BCBS MOP | 5% | | | | | | | | | | |
| AHIP Premium | 5% | | M | 6,612.00 | 6,732.00 | 6,924.00 | 7,068.00 | 7,236.00 | 7,428.00 | 7,632.00 | 7,896.00 |
| AHIP Deductible | 5% | | | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| AHIP MOP | 5% | | | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | * | | | | | | | | | |
| Medigap F | 5% | | M | | | | | | | | |
| Neurology: Dr. Schub | 5% | * | | | | | | | | | |
| Mileage: Neurology | 4% | | | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 | 221.76 |
| Neurology: Dr. Pranzatelli | 5% | * | | | | | | | | | |
| Travel: Dr. Pranzatelli | 4% | | M | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Neurospych Eval. | 4% | * | | | | | | | | | |
| Psych Counseling | 4% | * | | | | | | | | | |
| Mileage: Counseling | 4% | | | | | | | | | | |
| Care Mngt | 4% | | M | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 | 1,986.00 |
| OT | 4% | * | | | | | | | | | |
| Mileage: OT | 4% | | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage: PT | 4% | | | | | | | | | | |
| ST | 4% | * | | | | | | | | | |
| Mileage: ST | 4% | | | | | | | | | | |
| Software | 4% | | | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 | 69.98 |
| Shower Chair | 4% | | | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 |
| Grab Bars | 4% | | | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 |
| Hand Held Shower | 4% | | | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 |
| Tutor | 4% | | M | | | | | | | | |
| Assisted Living | 4% | | M | 29,484.00 | 29,484.00 | 29,484.00 | 29,484.00 | 29,484.00 | 29,484.00 | 29,484.00 | 29,484.00 |
| Assistance w/ Personal Finances | 4% | | | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 | 768.00 |
| Acute Care Hospitalization | 4% | * | | | | | | | | | |
| Skilled Nursing Facility | 4% | | | | | | | | 11,220.00 | | |

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 47 2059 | Compensation Year 48 2060 | Compensation Year 49 2061 | Compensation Year 50 2062 | Compensation Year 51 2063 | Compensation Year 52 2064 | Compensation Year 53 2065 | Compensation Year 54 2066 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Home Health Aide | 4% | | | | | | | | 7,168.00 | | |
| Home Care Nurse | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| ST | 4% | * | | | | | | | | | |
| Neuropsych Testing | 4% | * | | | | | | | | | |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 45,200.49 | 45,320.49 | 45,512.49 | 45,656.49 | 45,824.49 | 64,404.49 | 46,220.49 | 46,484.49 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of M. M. H., for the benefit of M. M. H. for lost future earnings ($451,138.33), pain and suffering ($157,702.55), and Yr 1 life care expenses ($18,442.30): $627,283.18.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Rickey Harris and Jamila Harris, for past un-reimbursable expenses: $9,499.63.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 55 | Compensation Years 56-Life |
|---|---|---|---|---|---|
| | | | | 2067 | 2068-Life |
| BCBS Deductible | 5% | | | | |
| BCBS MOP | 5% | | | | |
| AHIP Premium | 5% | | M | 8,112.00 | |
| AHIP Deductible | 5% | | | 2,500.00 | |
| AHIP MOP | 5% | | | 1,500.00 | |
| Medicare Part B Premium | 5% | | M | | 1,258.80 |
| Medicare Part B Deductible | 5% | * | | | |
| Medigap F | 5% | | M | | 1,698.00 |
| Neurology: Dr. Schub | 5% | * | | | |
| Mileage: Neurology | 4% | | | 221.76 | 221.76 |
| Neurology: Dr. Pranzatelli | 5% | * | | | |
| Travel: Dr. Pranzatelli | 4% | | M | 2,000.00 | 2,000.00 |
| Neurospych Eval. | 4% | * | | | |
| Psych Counseling | 4% | * | | | |
| Mileage: Counseling | 4% | | | | |
| Care Mngt | 4% | | M | 1,986.00 | 1,986.00 |
| OT | 4% | * | | | |
| Mileage: OT | 4% | | | | |
| PT | 4% | * | | | |
| Mileage: PT | 4% | | | | |
| ST | 4% | * | | | |
| Mileage: ST | 4% | | | | |
| Software | 4% | | | 69.98 | 69.98 |
| Shower Chair | 4% | | | 17.50 | 17.50 |
| Grab Bars | 4% | | | 34.75 | 34.75 |
| Hand Held Shower | 4% | | | 6.50 | 6.50 |
| Tutor | 4% | | M | | |
| Assisted Living | 4% | | M | 29,484.00 | 29,484.00 |
| Assistance w/ Personal Finances | 4% | | | 768.00 | 768.00 |
| Acute Care Hospitalization | 4% | * | | | |
| Skilled Nursing Facility | 4% | | | | |

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 55 2067 | Compensation Years 56-Life 2068-Life |
|---|---|---|---|---|---|
| Home Health Aide | 4% | | | | |
| Home Care Nurse | 4% | * | | | |
| PT | 4% | * | | | |
| OT | 4% | * | | | |
| ST | 4% | * | | | |
| Neuropsych Testing | 4% | * | | | |
| Partial Lost Future Earnings | | | | | |
| Pain and Suffering | | | | | |
| Past Unreimbursable Expenses | | | | | |
| Annual Totals | | | | 46,700.49 | 37,545.29 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of M. M. H., for the benefit of M. M. H. for lost future earnings ($451,138.33), pain and suffering ($157,702.55), and Yr 1 life care expenses ($18,442.30): $627,283.18.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Rickey Harris and Jamila Harris, for past un-reimbursable expenses: $9,499.63.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.